COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

LUBBOCK TX
06 JUL 2016

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401603 JUN 30 2016

U.S. POSTAGE >> PITNEY BOWES
$ 000.39

RE: WR-84,973-01



LANCE TERRELL DAVIS

RTS
ANK NSN REF
NEEDS CORRECT
TDCJ # TO ID
RELEASED

C # 1961808
DAD 19
331-1898







**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
 JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

June 29, 2016

Presiding Judge 210th District Court
500 E San Antonio, #1005
El Paso, TX 79901-2457

**Re: DAVIS, LANCE TERRELL**
**CCA No.** WR-84,973-01
**Trial Court Case No.** 20130D04494-210-1

The Court has this day issued an order for the above referenced cause.

Sincerely,

Abel Acosta, Clerk

cc:   District Attorney El Paso County (DELIVERED VIA E-MAIL)
LANCE TERRELL DAVIS
District Clerk El Paso County (DELIVERED VIA E-MAIL)



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-84,973-01

### EX PARTE LANCE TERRELL DAVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20130D04494 IN THE 210th DISTRICT COURT
### FROM EL PASO COUNTY

*Per curiam.* ALCALA, J., filed a concurring opinion in which JOHNSON, J., joined.
YEARY, J., filed a concurring opinion in which KEASLER, and HERVEY, JJ., joined.

### ORDER

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the

clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte*

*Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated

assault with a deadly weapon and sentenced to two years' imprisonment. He did not appeal his

conviction.

Applicant has alleged several grounds of ineffective assistance of trial counsel and that he

was improperly denied jury instructions on the issues of necessity and defense of a third person. The

record before us does not contain sufficient information to address Applicant's claims, and it

contains is no response from the State, or findings of fact by the trial court.



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,973-01

### EX PARTE LANCE TERRELL DAVIS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 20130D04494-210-1 IN THE 210TH DISTRICT COURT
## FROM EL PASO COUNTY

ALCALA, J., filed a concurring opinion in which JOHNSON, J., joined.

### CONCURRING OPINION

I respectfully concur in the Court's order that remands this *pro se* habeas application to the convicting court for further development of the record. I, however, do not join the Court's order because it fails to accurately track the statutory language in the Code of Criminal Procedure, in that it improperly limits an indigent *pro se* habeas applicant's entitlement to the assistance of appointed post-conviction counsel to situations involving a hearing on remand. As I previously explained in my concurring opinion in *Ex parte Pointer*, in order to comply with the statutory requirements in the Code, this Court's order should



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,973-01

## EX PARTE LANCE TERRELL DAVIS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 20130D04494-210-1 IN THE 210TH DISTRICT COURT
## FROM EL PASO COUNTY

YEARY, J., filed a concurring opinion, in which KEASLER, and HERVEY, JJ., joined.

### CONCURRING OPINION

Adhering to the views expressed in my concurring opinion in *Ex parte Pointer*, \_\_\_

S.W.3d \_\_\_, Nos. WR-84,786-01 & WR-84,786-02 (Tex. Crim. App. del. June 8, 2016), I

join in the Court's disposition of this case.

FILED: June 29, 2016
DO NOT PUBLISH